# Court of Appeals
# of the State of Georgia

ATLANTA, April 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1906. JOHN I. PAULK, JR. v. CARROLL COUNTY, GEORGIA et al.**

Upon consideration of Appellant's motion to transfer appeal to the Supreme Court, the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*